# EXHIBIT 4

Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BUREAU OF LAND MANAGEMENT**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 4:25-cv-00044-AMA-PK <br><br> **[PROPOSED] DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA), through counsel, hereby responds to Plaintiff's Complaint[1] (ECF No. 1) in the above-captioned matter as follows: the aspects of the Bureau of Land Management's Henry Mountains/Fremont Gorge Travel Management Plan challenged by Plaintiff are neither arbitrary nor capricious and are instead supported by substantial evidence.

SUWA also raises the following affirmative defenses:

1. Plaintiff fails to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

2. All or some of the claims in Plaintiff's Complaint are not justiciable.

Respectfully submitted April 22, 2025.

/s/ Hanna Larsen
Stephen Bloch
Laura Peterson
Hanna Larsen

*Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance*

---

[1] Civil actions seeking judicial review under the Administrative Procedure act are governed by DUCivR 7-4, which states in relevant part that a party may respond to a complaint with a "short and plain statement…admitting or denying that the decision, or any part of it, is arbitrary and capricious or not supported by substantial evidence." DUCivR 7-4(b)(2)(B).