# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BUREAU OF LAND MANAGEMENT**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 4:25-cv-00044-AMA-PK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION TO INTERVENE** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

This matter comes before the Court upon the Unopposed Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA). Having reviewed the Motion and determined that intervention is warranted, SUWA's Motion is GRANTED.

Signed this ___ day of _____, 2025.

                                                             BY THE COURT:

                                                             _____
                                                             ANN MARIE MCIFF ALLEN
                                                             United States District Judge

                                                             PAUL KOHLER
                                                             United States Magistrate Judge