Stephen H.M. Bloch (#7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION INC.,**<br><br>      Plaintiffs,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, *et al.*,<br><br>      Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>      Proposed Defendant-Intervenor. | Case No. 4:25cv00044-AMA-PK<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Notice is hereby given of entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action.  Pursuant to Fed.

R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

>Stephen H.M. Bloch
>Southern Utah Wilderness Alliance
>425 East 100 South
>Salt Lake City, UT 84111
>steve@suwa.org

April 22, 2025

/s/ Stephen Bloch

Stephen Bloch

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*