Laura Peterson (#16135)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
laura@suwa.org

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

---

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION, INC.,** | |
| Plaintiffs, | Case No. 4:25-cv-00044-AMA-PK |
| v. | |
| **BUREAU OF LAND MANAGEMENT**, *et al.*, | **NOTICE OF APPEARANCE** |
| Defendants, | Judge Ann Marie McIff Allen |
| and | Magistrate Judge Paul Kohler |
| **SOUTHERN UTAH WILDERNESS ALLIANCE,** | |
| Proposed Defendant-Intervenor. | |

Notice is hereby given of the entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Laura Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
laura@suwa.org


DATED:        April 22, 2025

Respectfully submitted,

*/s/ Laura Peterson*
Laura Peterson

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*