# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **BLUERIBBON COALITION, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, *et al.*,<br><br>Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Defendant-Intervenor. | Case No. 4:25-cv-00044-AMA-PK<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION TO INTERVENE**<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

This matter comes before the Court upon the Unopposed Motion to Intervene[1] filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA). Having reviewed the Motion and determined that intervention is warranted, SUWA's Motion is GRANTED.

Signed this 23rd day of April, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 7, filed April 22, 2025.