AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Blueribbon Coalition, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Bureau of Land Management, U.S. Department of the Interior<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-00044-AMA-PK<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bureau of Land Management
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Isabella Eldridge
bella.eldridge@blueribboncoalition.org
800 W Main Street, Suite 1640
Boise, ID 83702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date:  04/16/2025

Case 4:25-cv-00044-AMA-PK     Document 13     Filed 05/02/25     PageID.561     Page 2 of 3
Case 4:25-cv-00044-AMA-PK     Document 4-3     Filed 04/16/25     PageID.456     Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00044-AMA-PK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Land Management

was received by me on *(date)* April 18, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Per Fed. R. Civ. P. 4(1), on Apr. 18, 2025, I served a true and correct copy of the Summons and Complaint on Defendant, Bureau of Land Management, by U.S. Certified Mail, Return Receipt Requested.(See attached copy of Certified Mail Receipt and Return Receipt)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 1, 2025

/s/ Isabella Eldridge
*Server's signature*

Isabella Eldridge, Attorney
*Printed name and title*

800 W. Main Street, Suite 1640, Boise ID, 83702
*Server's address*

Additional information regarding attempted service, etc:


