### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Defendant-Intervenor. | Case No. 4:25-cv-00044-AMA-PK <br><br> **NOTICE OF UNAVAILABILITY OF COUNSEL** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

To whom it may concern,

    I serve as lead counsel for Plaintiffs in the above-referenced case. This is to provide notice of my unavailability from June 6 – 13, 2025. I will be on a scheduled and paid-for family vacation. I will not have access to office voicemail and email during these dates. I respectfully request that no matters be scheduled in the above-referenced case during this period.

                                          Sincerely,

                                          */s/ Isabella Eldridge* <br>
                                          Isabella Eldridge



## CERTIFICATE OF SERVICE

    I hereby certify that on May 19, 2025, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

*/s/ Isabella Eldridge*
Isabella Eldridge
