# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>   Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**PROPOSED ORDER**<br><br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants, the United States Department of the Interior and its Bureau of Land Management, have moved to stay proceedings in this case for 90 days. Plaintiff, BlueRibbon Coalition Inc., is not opposed to this motion, and Intervenor-Defendant, the Southern Utah Wilderness Alliance, takes no position on the motion.

The Court GRANTS Defendants' motion and ORDERS that the case is STAYED for 90 days. Defendants' answer will be due on or before Thursday, September 18, 2025.

SO ORDERED.

Date: _____          _____

THE HON. ANN MARIE MCIFF ALLEN

United States District Judge