ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　Defendants,<br><br>　and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

　　Please enter the appearance of Paul A. Turcke as co-counsel of record, alongside Mr. Van de Stouwe, on behalf of Defendants in the above-captioned case. Service of all papers by U.S. Mail as well as express and hand deliveries to Mr. Turcke should be addressed as follows:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702

Mr. Turcke acknowledges the obligation and agrees to abide by the Utah Rules of Professional Conduct and Civility.

Respectfully submitted this 17th day of June 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 /s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*