ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

ERIK VAN DE STOUWE
Trial Attorney, Natural Resources Section
150 M Street, N.E., Suite 3.1809
Washington, D.C. 20002
(202) 305-0247
erik.van.de.stouwe@usdoj.gov

PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants,<br><br>  and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**DEFENDANTS' SECOND UNOPPOSED MOTION TO STAY PROCEEDINGS**<br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants, the United States Department of the Interior and its Bureau of Land Management ("BLM"), move to extend the stay of proceedings in this litigation for 90 days so that incoming BLM leadership can continue to reassess the agency action challenged in this case. Plaintiff, BlueRibbon Coalition Inc., is not opposed to this motion, and Intervenor-Defendant, the Southern Utah Wilderness Alliance, takes no position on the motion.

## Background

This case challenges the BLM Henry Mountains and Fremont Gorge Travel Management Plan ("TMP"), which makes designations relating to the use of off-highway vehicles on BLM-managed public lands. The TMP is one of a series of actions spanning six Utah BLM field offices relating to a dispute arising in 2008. *See BlueRibbon Coal. v. Bureau of Land Mgmt.*, No. 2:23-cv-923-DAK-JCB, 2024 WL 1197862, at *1 (D. Utah March 20, 2024). The underlying dispute was resolved "through a settlement agreement that this court approved, and the Tenth Circuit affirmed." *Id*. The TMP reflects BLM's ongoing effort to address the framework and schedule for issuance of travel plans set forth by the settlement agreement. Travel plans adopted to date under the settlement agreement have given rise to a new round of litigation, and this marks the fourth such TMP-related dispute now pending in this District. The other cases include Case No. 23-cv-923-DAK-JCB (Labyrinth/Gemini Bridges TMP), Case No. 25-cv-22-DN (San Rafael Swell TMP), and Case No. 2:24-cv-172-TS-DAO (San Rafael Desert TMP).

Plaintiffs filed this case on April 10, 2025. ECF No. 1. On Defendants' motion, the Court stayed the case for 90 days on June 18, 2025. ECF No. 17. Defendants' answer is currently due on or before September 18, 2025. *Id*. For the reasons below, there is good cause to extend the stay and continue Defendants' answer deadline to December 17, 2025.

## Argument

2

Officials at the Department of the Interior are continuing to review the travel plans underlying this case and the other three cases in this district. They are also continuing to evaluate BLM's broader framework for travel management. Accordingly, BLM wants to slow this litigation in its formative stages so that it can further evaluate how it wants to proceed, if appropriate, in a manner that could affect the TMP or the issues in this litigation. A further stay would "allow BLM [and its incoming leadership] time to assess its position with respect to defending the travel management plan." *BlueRibbon Coalition v. BLM*, Case No. 23-cv-923-DAK-JCB (May 13, 2025) (Labyrinth/Gemini Bridges TMP), ECF No. 91 at * 2.

A stay would also promote judicial economy. *Id.*; *see also Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 386 (D.C. Cir. 2012) ("Postponing review can also conserve judicial resources, and it comports with our theoretical role as the governmental branch of last resort."). And a stay would streamline docket management by allowing similar, prior-filed cases to set the pace for this case. In the San Rafael Desert TMP case, the court granted BLM's motion to extend its response deadline for merits briefing by 90-days, to October 27, 2025. *See* Fifth Am. Scheduling Order, ECF No. 51 in Case 2:24-cv-172-TS-DAO (July 29, 2025). In the San Rafael Swell TMP case, the Court granted Defendants' unopposed motion to extend the deadlines of the scheduling order. *See* Order Granting Motion to Amend Scheduling Order, ECF No. 34 in Case No. 25-cv-22-DN (Aug. 28, 2025). And in the Labyrinth/Gemini Bridges TMP case, which is briefed, the court vacated the scheduled oral argument and granted the parties a 90-day continuance. *See* Order Granting Motion to Continue Oral Argument, ECF No. 95 in Case No. 2:23-cv-923 (Aug. 5, 2023). Staying this case prior to the answer deadline, and before either the Court or the parties invest more resources in its adjudication, is well warranted from a judicial economy standpoint.

## Conclusion

In order to promote judicial economy and provide BLM and its incoming leadership with sufficient time to assess its positions with respect to the Henry Mountains and Fremont Gorge TMP, BLM respectfully requests to extend the 90-day stay of this case. Counsel will continue to confer and advise before expiration of the requested stay whether or how this litigation should proceed.

A proposed order follows this brief.

Respectfully submitted this 11th day of September 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        /s/ Erik Van de Stouwe
        ERIK VAN DE STOUWE
        Trial Attorney, Natural Resources Section
        150 M Street, N.E., Suite 3.206
        Washington, D.C. 20002
        (202) 305-0247
        erik.van.de.stouwe@usdoj.gov

        PAUL A. TURCKE,
        Trial Attorney, Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        (202) 532-5994
        paul.turcke@usdoj.gov

        *Attorneys for Defendants*