**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| BLUERIBBON COALITION, INC., | Case No. 4:25-cv-00044-AMA-PK |
| Plaintiffs, | |
| v. | |
| | **PROPOSED ORDER** |
| BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants, | |
| and | Judge Ann Marie McIff Allen |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | Magistrate Judge Paul Kohler |
| Intervenor-Defendant. | |

Defendants, the United States Department of the Interior and its Bureau of Land Management, have moved to stay proceedings in this case for an additional 90 days. Plaintiff, BlueRibbon Coalition Inc., is not opposed to this motion, and Intervenor-Defendant, the Southern Utah Wilderness Alliance, takes no position on the motion.

The Court GRANTS Defendants' motion and ORDERS that the case is STAYED for an additional 90 days. Defendants' answer will be due on or before Wednesday, December 17, 2025.

SO ORDERED.

Date: _____          _____

THE HON. ANN MARIE MCIFF ALLEN

United States District Judge