ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

ERIK VAN DE STOUWE
Trial Attorney, Natural Resources Section
150 M Street, N.E., Suite 3.1809
Washington, D.C. 20002
(202) 305-0247
erik.van.de.stouwe@usdoj.gov

PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br>   Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br>   Defendants, <br><br>  and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK <br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Pursuant to DUCivR 83-1.4(a)(1), the undersigned counsel, Erik Van de Stouwe, hereby withdraws his appearance from this case. Federal Defendants continue to be represented by Paul Turcke. Mr. Turcke is aware of and will comply with all pending deadlines.

Respectfully submitted this 3rd day of December 2025.

>ADAM R.F. GUSTAFSON
>Principal Deputy Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
> */s/* Erik Van de Stouwe
>ERIK VAN DE STOUWE
>Trial Attorney, Natural Resources Section
>150 M Street, N.E., Suite 3.206
>Washington, D.C. 20002
>(202) 305-0247
>erik.van.de.stouwe@usdoj.gov
>
>PAUL A. TURCKE,
>Trial Attorney, Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>(202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Defendants*