Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **BLUERIBBON COALITION, INC.**,<br><br>　Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, *et al.*,<br><br>　Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>　Defendant-Intervenor. | Case No. 4:25-cv-00044-AMA-PK<br><br>**DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA), through counsel, hereby responds to Plaintiff's Complaint[1] (ECF No. 1) in the above-captioned matter as follows: the aspects of the Bureau of Land Management's Henry Mountains and Fremont Gorge Travel Management Plan challenged by Plaintiff are neither arbitrary nor capricious and are instead supported by substantial evidence.

SUWA also raises the following affirmative defenses:

1. The Court does not have subject matter jurisdiction over all or some of the claims in the Complaint;

2. Plaintiff fails to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

3. All or some of the claims in Plaintiff's Complaint are not justiciable.

Respectfully submitted December 17, 2025.

/s/ Hanna Larsen
Stephen Bloch
Laura Peterson
Hanna Larsen

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

---

[1] Civil actions seeking judicial review under the Administrative Procedure act are governed by DUCivR 7-4, which states in relevant part that a party may respond to a complaint with a "short and plain statement…admitting or denying that the decision, or any part of it, is arbitrary and capricious or not supported by substantial evidence." DUCivR 7-4(b)(2)(B).