IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> **BUREAU OF LAND MANAGEMENT**, et al., <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Intervenor-Defendant. | **ORDER** <br><br> Case No. 4:25-cv-00044-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Defendants, the United States Department of the Interior and its Bureau of land Management, have moved to stay proceedings in this case for an additional 60 days.[1] Plaintiff, BlueRibbon Coalition Inc., is not opposed to this motion, and Intervenor-Defendant, the Southern Utah Wilderness Alliance, takes no position on the motion.

The Court GRANTS Defendants' motion and ORDERS that the case remain STAYED for an additional 60 days. Defendants' answer will be due on or before March 17, 2026.

SO ORDERED.

Date: December 18, 2025.

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 22, filed December 17, 2025.