ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants,<br><br>  and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br><br>**DEFENDANTS' STATEMENT OF POSITION DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION**<br><br><br><br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

In accordance with DUCivR 7-4(b)(2)(B), Defendants United States Bureau of Land Management ("BLM"), et al., hereby respond to Plaintiffs' Complaint, Dkt. 1. This case challenges the BLM 2025 Decision Record ("DR") on the Henry Mountains and Fremont Gorge

Travel Management Plan. *See id.* ¶ 1. Defendants deny that the aforementioned decision is arbitrary and capricious, not supported by substantial evidence, or otherwise contrary to law. Defendants deny that Plaintiff has stated a claim for relief or that Plaintiff is entitled to any relief whatsoever.

Defendants present the following affirmative defenses:

1.      Plaintiff fails to state a claim upon which relief may be granted.

2.      Plaintiff lacks standing to bring some or all of its claims.

3.      Plaintiff has failed to properly establish subject matter jurisdiction.

4.      Plaintiff has failed to demonstrate that some or all of its claims are ripe for judicial review.

Respectfully submitted this 17th day of March 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*