ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK <br><br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** <br><br><br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Defendants United States Bureau of Land Management ("BLM"), et al., hereby move for an extension of the parties' deadline to submit a proposed scheduling order in this case, from March 31 to May 5, 2026. Counsel have conferred and no party opposes this motion.

Several considerations justify the requested extension.  This case challenges BLM's travel management plan ("TMP"), making designations for off-highway vehicle use in the Henry Mountains/Fremont Gorge travel management area.  An additional case challenges the same TMP, *State of Utah v. Burgum*, No. 26-cv-00013-PK (D. Utah).  It will conserve the resources of the Court and the parties to align the schedules in the two cases challenging the same agency action.  Additionally, BLM anticipates soon finalizing a reassessment process for a different TMP in the Labyrinth/Gemini Bridges travel management area, that is also challenged by two lawsuits brought by substantially similar plaintiff groups.  *See BlueRibbon Coal. v. Bureau of Land Mgmt.*, No. 23-cv-00923-DAK-JCB (D. Utah); *State of Utah v. Bureau of Land Mgmt.*, No. 24-cv-00046-DAK (D. Utah).  While these cases involve a discrete and different area, there is overlap between some of the relevant issues and policy considerations, and the outcome of that reassessment process could inform the parties' choices in determining how to proceed in this litigation.

For these reasons, Defendants request that the Court issue an order directing the parties to submit a proposed scheduling order under DUCivR 7-4(c) not later than May 5, 2026.

Respectfully submitted this 31st day of March 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

2