**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **BLUERIBBON COALTION**, et al.,<br><br>   Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, et al.,<br><br>   Defendants,<br><br> and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**[PROPOSED]<br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed an Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1]  For good cause, the motion is GRANTED.  The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than May 5, 2026.

Signed this ____st day of April, 2026.

BY THE COURT:


PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 27, filed March 31, 2026.