ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., | Case No. 4:25-cv-00044-AMA-PK |
| Plaintiff, | |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | **DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** |
| Defendants, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Intervenor-Defendant. | Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants United States Bureau of Land Management ("BLM"), et al., hereby move for an extension of the parties' deadline to submit a proposed scheduling order in this case, from May 5, 2026, to June 8, 2026.  Counsel have conferred and no party opposes this motion.

The considerations underlying BLM's prior motion for an extension, Dkt. 27, continue to exist. First, *State of Utah v. Burgum*, No. 26-cv-00013-PK (D. Utah), which challenges the same BLM travel management plan ("TMP"), was served on the United States under Fed. R. Civ. P. 4 on April 9, 2026. The requested extension to June 8 will thus align with the deadline to respond to the complaint in that case. Additionally, BLM anticipates upcoming public-facing developments in the reassessment processes for different TMPs in the Labyrinth/Gemini Bridges and San Rafael Swell travel management areas. As previously indicated, it will promote judicial efficiency and conserve the resources of the court and the parties to await the outcome of these further agency proceedings, given the overlap between the issues and policy considerations in all of these cases.

For these reasons, Defendants request that the Court issue an order directing the parties to submit a proposed scheduling order under DUCivR 7-4(c) not later than June 8, 2026.

Respectfully submitted this 5th day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*