**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **BLUERIBBON COALTION**, et al., | Case No. 4:25-cv-00044-AMA-PK |
| Plaintiff, | |
| v. | **[PROPOSED]** |
| | **ORDER GRANTING SECOND** |
| **BUREAU OF LAND MANAGEMENT**, et al., | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** |
| Defendants, | |
| and | |
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, | Judge Ann Marie McIff Allen Magistrate Judge Paul Kohler |
| Intervenor-Defendant. | |

Defendants have filed a Second Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1]  For good cause, the motion is GRANTED.  The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than June 8, 2026.

Signed this ___ day of May, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 29, filed May 5, 2026.