IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALTION**, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, et al.,<br><br>    Defendants,<br><br>  and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed a Second Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1] For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than June 8, 2026.

Signed this 6th  day of May, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 29, filed May 5, 2026.