ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

---

| | |
|---|---|
| BLUERIBBON COALITION, INC., | Case No. 4:25-cv-00044-AMA-PK |
| Plaintiff, | |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | **DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** |
| Defendants, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Intervenor-Defendant. | Judge Ann Marie McIff Allen Magistrate Judge Paul Kohler |

---

Defendants United States Bureau of Land Management ("BLM"), et al., hereby move for an extension of the parties' deadline to submit a proposed scheduling order in this case, from June 8, 2026, to July 8, 2026. Counsel have conferred; Plaintiff does not oppose this motion and Intervenor-Defendant takes no position on this motion.

The considerations underlying BLM's prior motion for an extension, Dkt. 29, continue to exist. As previously reported, BLM is conducting a route reassessment process that it anticipates will result in changes to the travel management plans ("TMPs") for the Labyrinth/Gemini Bridges, San Rafael Desert, and San Rafael Swell travel management areas. *Id*. BLM has indicated that it anticipates soon issuing a new decision regarding the Labyrinth/Gemini Bridges TMP, and public-facing efforts are underway in the route reassessment processes for the other two TMPs. *See* https://www.blm.gov/announcement/blm-seeks-input-travel-routes-san-rafael-swell-and-desert-areas (describing reassessment processes, including receipt of public comments through June 8, 2026) (last visited June 8, 2026). BLM has indicated that it intends to conduct a similar reassessment process for the Henry Mountains/Fremont Gorge TMP challenged in this case, as well as in *State of Utah v. Burgum*, No. 26-cv-00013-PK (D. Utah). Given these developments, there now exists a similar (if not greater) rationale for deferring litigation in these challenges to the aforementioned TMP – to promote judicial efficiency and conserve the resources of the court and the parties while awaiting the outcome of these further agency proceedings, given the overlap between the issues and policy considerations in all of these cases.

For these reasons, Defendants request that the Court issue an order directing the parties to submit a proposed scheduling order under DUCivR 7-4(c) not later than July 8, 2026.

Respectfully submitted this 8th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE, Trial Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
paul.turcke@usdoj.gov

2