IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALTION, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | ORDER GRANTING THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER<br><br>Case No. 4:25-cv-00044-AMA-PK<br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed a Third Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1]  For good cause, the motion is GRANTED.  The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than July 8, 2026.

Signed this 9th day of June, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 31, filed June 8, 2026.