ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK <br><br><br> **DEFENDANTS' FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** <br><br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Defendants United States Bureau of Land Management ("BLM"), et al., hereby move for an extension of the parties' deadline to submit a proposed scheduling order in this case, from August 7, 2026, to September 8, 2026. Counsel have conferred; Plaintiff does not oppose this motion and Intervenor-Defendant takes no position on this motion.

The considerations underlying BLM's prior motion for an extension, Dkt. 31, continue to exist. As previously reported, BLM is conducting route reassessment processes that it anticipates will result in changes to the travel management plans ("TMPs") for the Labyrinth/Gemini Bridges, San Rafael Desert, and San Rafael Swell travel management areas, and BLM anticipates conducting a similar reassessment process for the Henry Mountains - Fremont Gorge TMP at issue in this case. *Id.* And all of these TMP-related cases involve the same parties, as well as overlapping issues and policy considerations.

In light of the foregoing, it will promote judicial efficiency and conserve the resources of the court and the parties to await the outcome of these further agency proceedings before proceeding with litigation in this case.

For these reasons, Defendants request that the Court issue an order directing the parties to submit a proposed scheduling order under DUCivR 7-4(c) not later than September 8, 2026.

Respectfully submitted this 7th day of August 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov