**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **BLUERIBBON COALTION**, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, et al.,<br><br>    Defendants,<br><br> and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br><br>**[PROPOSED]<br>ORDER GRANTING FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed a Fifth Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1]  For good cause, the motion is GRANTED.  The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than September 8, 2026.

Signed this ___ day of August, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 35, filed August 7, 2026.