**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF UTAH**
**CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **BLUERIBBON COALTION**, et al.,<br><br>Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, et al.,<br><br>Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Intervenor-Defendant. | Case No. 4:25-cv-00044-AMA-PK<br><br>**ORDER GRANTING SEVENTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed a Seventh Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1] For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) not later than November 9, 2026.

Signed this 9th day of October, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[1] Docket No. 39, filed October 8, 2026.